IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NATIONSRENT, INC., et al.,[1]<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br>v.<br>SENSORMATIC ELECTRONICS CORP.,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-1169 (KAJ) |

## NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

603336v1

|  |  |
|---|---|
|  | LOWENSTEIN SANDLER PC<br>Attorneys At Law<br>Paul Kizel, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone (973) 597-2500 |
|  | -and- |
| Dated: October 5, 2005 | THE BAYARD FIRM<br><br>_/s/_____<br>Neil B. Glassman, Esq. (No. 2087)<br>Ashley B. Stitzer, Esq. (No. 3891)<br>Mary E. Augustine, Esq. (No. 4477)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>Telephone (302) 655-5000<br><br>Co-Counsel for Perry Mandarino, not Personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust |

603336v1

2