## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 5th day of October, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

MaryAnn Brereton, Esquire
Tyco Telecommunications
60 Columbia Road
Morristown, NJ  07960

_____
Mary E. Augustine (No. 4477)